UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

**PRIORITY SEND**

| Case No. | CV 07-6415 DSF (Ex) | Date | 2/25/08 |
|---|---|---|---|
| Title | Property I.D. Corporation v. Choicepoint Services, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Yvette Louis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) **THIRD AND FINAL ORDER TO SHOW CAUSE RE: DISMISSAL**


On October 15, 2007, the Court ordered Plaintiff to show cause why this matter should not be dismissed for lack of subject matter jurisdiction.  (Oct. 15, 2007 Order To Show Cause Re Dismissal for Lack of Subject Matter Jurisdiction ("First OSC").)  The Court noted that Plaintiff's allegations regarding the citizenship of Defendant Choicepoint Services, Inc. ("Choicepoint") were inadequate under Industrial Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1094 (9th Cir. 1990), because Plaintiff had not established Choicepoint's principal place of business.  Under Industrial Tectonics, a corporation's principal place of business can be established under the "total activities" test or the "nerve center" test.  Id. at 1092.  The "nerve center" test is only employed where no state contains a substantial predominance of a corporation's activities.  Id. at 1094.

In its response to the First OSC, Plaintiff claimed that no state contains a substantial predominance of Choicepoint's activities because Choicepoint does business all over the country, and that Choicepoint's nerve center is in Georgia.

On November 21, 2007, the Court issued a Second Order To Show Cause Re: Dismissal ("Second OSC"), noting that Choicepoint's assertion that it conducts business in a number of states was insufficient to establish that no state contains a substantial predominance of Choicepoint's activities.

Plaintiff's response to the Second OSC is also insufficient to establish the citizenship of Choicepoint under Industrial Tectonics.  Plaintiff asserts once again that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

**PRIORITY SEND**

Choicepoint's activities are far-flung, and that its corporate structure is complex. But a state may contain a substantial predominance of a corporation's activities even though those activities occur across the nation or around the world.

Plaintiff also relies on facts regarding the business activities of one division of Choicepoint to establish that no state has a substantial predominance of Choicepoint's business activities. Plaintiff, however, provides no authority for the proposition that a corporation's citizenship may be determined based on the activities of just one of its divisions. Plaintiff has failed to establish Choicepoint's citizenship.

The Court grants Plaintiff's request for time to conduct jurisdictional discovery, and orders Plaintiff to show cause in writing no later than **April 21, 2008** why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. If Plaintiff requires time beyond that date to conduct jurisdictional discovery, Plaintiff may request that time on or before the above deadline. Courtesy copies are to be delivered to Chambers. Failure to respond by the above date will result in the Court **<u>dismissing</u>** this action.

IT IS SO ORDERED.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

### PRIORITY SEND

Initials of Deputy Clerk <u>yrl</u>